UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFFERY JACKSON,

    Plaintiff,

v.

    Case No. 1:25-cv-238

UNKNOWN PARTY,

    HONORABLE PAUL L. MALONEY

    Defendant.
_____/

## JUDGMENT

In accordance with the Order entered this date:

**IT IS HEREBY ORDERED** that that Judgment is entered.

Dated:  May 21, 2025

    /s/ Paul L. Maloney
    Paul L. Maloney
    United States District Judge